ells Fargo Store Vision Platform                                                                                     Page 1 o

## Checking/Savings Account History                    *5619044240*

STATEMENT MAILING NAME:   EDNA I EKHATOR   POD OSAZUWA EKHATOR   AND ESOHE EKHATOR

Show |10 ▽| entries                                                          Search: |

| Date | Description | Image Available | Check Number | Amount | Balance |
|---|---|---|---|---|---|
| 11/30/2021 | MONTHLY SERVICE FEE | No | | 12.00 | 705.98 |
| 10/29/2021 | MONTHLY SERVICE FEE | No | | 12.00 | 717.98 |
| 10/29/2021 | INTEREST PAYMENT | No | | +0.01 | 729.98 |
| 09/30/2021 | MONTHLY SERVICE FEE | No | | 12.00 | 729.97 |
| 09/30/2021 | INTEREST PAYMENT | No | | +0.01 | 741.97 |

Showing 1 to 5 of 5 entries                                               Previous  | 1 |  Next

[ CLOSE ]



Printed on 12/20/21

## Account 0003157570

**Member**
EDNA I EKHATOR
EDNA I EKHATOR

PO BOX 462323
AURORA, CO  80046-2323

## EDNA I EKHATOR

**Type**
Primary
Mailing Only

| Share | Description | Maturity Date | Available | Balance |
|---|---|---|---:|---:|
| S 01 | SAVINGS ACCOUNT | | 680.28 | 680.28 |
| S 08 | EVERYDAY ACCOUNT | | 6,951.37 | 6,969.47 |
| S 09 | TRADITIONAL IRA ACCOUNT | | 5,155.53 | 5,155.53 |
| S 95 | MEMBERSHIP ACCOUNT | | 0.00 | 5.00 |

| Loan | Description | Due Date | Payment | Avail/DQ* | Balance |
|---|---|---|---:|---:|---:|
| L 01 | PLATINUM PREFERRED REWARDS | 01/15/2022 | 90.00 | 1,982.57 | 4,482.12 |
| L 02 | OVERDRAFT | 01/06/2022 | 0.02 | 200.00 | 0.00 |
| L 03 | 2008 LEXUS RX | 12/25/2021 | 257.99 | | 13,460.92 |

## Thank you for using
## YOUR Credit Union

## Nov 2021

Nov 17, 2021     #1122

**$1,658.06** Gross: $2,100.00

Nov 03, 2021     #1068

**$1,879.43** Gross: $2,436.00

## Oct 2021

Oct 20, 2021     #1012

**$1,715.62** Gross: $2,187.50

To Whomever it may concern

I Edna Elchater (plaintiff) unable to provide any information regarding my spouse due to ongoing divorce case and parmanent restraining order inplace

thanks.

My email ednaelchator@yahoo.com

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: **Edna Ekhator**
21122 Belleview Pl
Centennial, CO 80015

From: **Phoenix District Office**
3300 North Central Ave
Suite 690
Phoenix, AZ 85012

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 32A-2021-00077 | **Robin Campbell,** State, Local & Tribal Program Manager | (602) 661-0041 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

**Elizabeth Cadle,**
**District Director**

October 13, 2021

*(Date Issued)*

Enclosures(s)

cc:

**HR Director**
**Conifer Care Communities A LLC**
**12136 W Bayaud Ave**
**Lakewood, CO 80228**

| COMPLAINT OF DISCRIMINATION<br>The Privacy Act of 1974 affects this form.<br>See Privacy Act Statement before completing this form. | EEOC Complaint No.<br><br>CCRD Complaint No.<br>E2100010036 |
|---|---|
| *COLORADO CIVIL RIGHTS DIVISION AND EEOC* ||

| Name  *(Complainant)*<br>Edna Ekhator | | (Area Code) Telephone<br>(720) 532-4709 |
|---|---|---|
| Street Address<br>21122 E Belleview Pl | City, State, and Zip Code<br>Centennial, CO 80015 | County<br>Arapahoe |

The Employer, Labor Organization, Employment Agency, Apprenticeship Committee, State or Local Government Agency who discriminated against me is:

| Name  *(Respondent)*<br>Conifer Care Communities A, LLC dba Amberwood Court Rehabilitation and Care Community | Number of Employees<br>15+ | (Area Code)  Telephone<br>(303) 756-1566<br>Email Address<br>mwilson@vivage.com |
|---|---|---|
| Street Address<br>12136 West Bayaud Avenue, Suite 200 | City, State, and Zip Code<br>Lakewood, CO 80228 | County<br>Jefferson |
| Discrimination Based on:<br>Race/Color (African American/Black); National Origin/Ancestry (Nigerian/West African); Retaliation | | Date Most Recent Discrimination Occurred:<br>9/16/2020 |

I. **Jurisdiction:** The Colorado Civil Rights Division and Equal Employment Opportunity Commission have jurisdiction over the subject matter of this charge and the named Respondent, pursuant to the provisions of the Colorado Revised Statutes (C.R.S. 1973, 24-34-301, *et seq.*), as reenacted, and Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000e, *et seq.*), as amended.

II. **Personal Harm:** On or about September 15, 2020, prior thereto and thereafter, I was harassed, subjected to unequal terms and conditions of employment based on my race/color (African American/Black), national origin/ancestry (Nigerian/West African), and/or in retaliation for engaging in protected activity. On or about September 16, 2020, I was constructively discharged based on my protected classes and/or in retaliation for engaging in protected activity.

III. **Respondent's Position:** Unknown.

IV. **Discrimination Statement:** I believe I was unlawfully discriminated against because: of my protected classes and/or in retaliation for engaging in protected activity in violation of the Colorado Anti-Discrimination Act (CADA). 1.) I began employment with the Respondent on or about May 22, 2013, performed my job duties satisfactorily at all times, and my most recent job title was Licensed Practical Nurse. 2.) In or around December 2019, and continuing thereafter, Melanie Rowan ("Rowan") (Caucasian/White), Registered Nurse, started harassing me by reporting me to my supervisor almost every week. 3) On December 12, 2019, Michelle Clark ("Clark") (Caucasian/White), Assistant Director of Nursing, my direct supervisor, changed my work schedule without

| |
|---|
| explanation. 4) In or around January, 2020, the Respondent conducted an investigation into my alleged violation of facility policy, and found no wrongdoing by me. 5) On or about April 23, 2020, I informed Stephanie Upshaw ("Upshaw") (Caucasian/White), Director of Nursing, that I was not feeling well, had COVID-19 symptoms, and could not come in.  6) On or about April 23, 2020, Upshaw told me that I had to come to work for four hours, despite having the symptoms. 7) On or about April 23, 2020, I refused to come in to work.  8) On or about September 15, 2020, Akiva Stern ("Stern"), Administrator, gave me a final written warning and placed me on the Performance Improvement Plan, despite calling me "a great nurse." 9) Stern stated that the Respondent's decision was based on findings of the investigation into my alleged bullying staff and abusing patients. 9) On or about September 15, 2020, I called the Respondent's corporate line regarding Stern's treatment, to no avail. 10) On or about September 16, 2020, I was constructively discharged from the Respondent's place of business because I no longer felt safe there, after false accusations by the Respondent. 11.) I believe that I was discriminated against based on my protected classes and/or in retaliation for engaging in protected activity. |
| **V.**  **WHEREFORE:**  The Complainant prays that the Colorado Civil Rights Division grant such relief as may exist within the Division's power and which the Division may deem necessary and proper. |
| *I want this charge filed with both the Equal Employment Opportunity Commission and the State or local agency, if any.  I will advise the agency if I change my address or telephone number, and I will cooperate fully with them in the processing of my charge in accordance with their procedures.* |
| re under penalty of perjury that the foregoing is true and correct.<br><br>Charging Party/Complainant (Signature) |

| | |
|---|---|
| **DISTRICT COURT, ARAPAHOE COUNTY STATE OF COLORADO**<br>7325 S. Potomac St.<br>Centennial, Colorado 80112<br><br>IN RE THE MARRIAGE OF:<br><br>MONDAY EKHATOR,<br><br>    Petitioner,<br><br>and<br><br>EDNA EKHATOR,<br><br>    Respondent.<br><br>*Attorney for Respondent:*<br>Law Office of Meredith R. Callan, Esq.<br>Meredith R. Callan, Atty. Reg. #50779<br>12081 W. Alameda Pkwy, Ste. 451<br>Lakewood, CO  80228<br>Tel: (720) 636-0696<br>Fax: (720) 294-0366 | ∧ **COURT USE ONLY** ∧<br><br>**2021DR711**<br>Case Number<br><br>**26**<br>Division |
| **11RESPONDENT'S SWORN FINANCIAL STATEMENT** ||

I, Edna Ekhator (full name) ☒ am ☐ am not currently employed.

I am employed 35 hours per week.  I am paid ☐ weekly ☒ bi-weekly ☐ twice a month ☐ monthly.

My pay is based on a ☐ Monthly Salary ☒ Hourly rate of $28.00 ☐ Other:

Date employment began: 11/23/2020.

My occupation is: Nurse          .

Name of employer: Monaco Parkway Health and Rehabilitation Center

Address of employer: 895 South Monaco Parkway, Denver Colorado 80224

If unemployed, what date did you last work? _____

I am unemployed due to ☐ disability ☐ involuntary layoff at work ☐ other: _____

This household consists of 2 adult(s), and 2 minor child(ren).

I believe the monthly gross income of the other party is $6693.30.

Annual gross income (last tax year 20<u>19</u>) for Petitioner $82,637, Respondent $ 50,000.

1. **Monthly Income (Convert annual, bi-monthly, and weekly amounts to monthly amounts.)**

| | | | |
|---|---|---|---|
| Gross Monthly Income (before taxes and deductions) from salary and wages, including commissions, bonuses, overtime, self-employment, business income, other jobs, and monthly reimbursed expenses. | $Income Varies due to Freelance, Currently $4,166.66 | Social Security Benefits (SSA) ☐ SSDI (Disability insurance – entitlement program) ☐ SSI (supplemental income – need based) | $ |
| Unemployment & Veterans' Benefits | $ | Disability, Workers' Compensation | $ |
| Pension & Retirement Benefits | $ | Interest & Dividends | $ |
| Public Assistance (TANF) | $ | Other - _____ | $ |
| | | **Total Monthly Income** | **$ 4166.66** |
| **Miscellaneous Income** | | | |
| Royalties, Trusts, and Other Investments | $ | Contributions from Others | $ |
| Dependent Children's monthly gross income. Source of Income: | $ | All other sources, i.e. personal injury settlement, non-reported income, etc. | $ |
| Rental Net Income | $ | Expense Accounts | $ |
| Child Support from Others | $ | Other - | $ |
| Spousal/Partner Support from Others | $ | Other - | $ |
| | | **Total Monthly Miscellaneous Income** | **$ 0.00** |
| | | **Total Income** | **$ 4166.66** |

2. **Monthly Deductions (Mandatory and Voluntary)**

| Mandatory Deductions | Cost Per Month | | Cost Per Month |
|---|---|---|---|
| Federal Income Tax | $405.58 | State/Local Income Tax | $182.00 |
| PERA/Civil Service | $ | Social Security Tax | $289.56 |
| Medicare Tax | $67.72 | Other - | $ |

| | | Total Mandatory Deductions | $ 944.86 |
|---|---|---|---|
| **Voluntary Deductions** | Cost Per Month | | Cost Per Month |
| Life and Disability Insurance | $ | Stocks/Bonds | $ |
| Health, Dental, Vision Insurance Premium<br><br>Total number of people covered on Plan ☐ | $ | Retirement & Deferred Compensation | $ |
| Child Care (deducted from salary) | $ | Other - SavaSeniorCare Savings Plan | $373.52 |
| Flex Benefit Cafeteria Plan | $ | Other - | $ |
| | | Total Voluntary Deductions | $ 373.52 |
| | | **Total Monthly Deductions** | $ 1318.38 |

3. **Monthly Expenses**

Note:  List regular monthly expenses below that you pay on an on-going basis and that are not identified in the deductions above.

A. **Housing**

| | Cost Per Month | | Cost Per Month |
|---|---|---|---|
| 1st Mortgage | $ | 2nd Mortgage | $ |
| Insurance (Home/Rental) & Property Taxes (not included in mortgage payment) | $ | Condo/Homeowner's/Maintenance Fees | $ |
| Rent | $ | Other - | $ |
| | | **Total Housing** | $ 0.00 |

B. **Utilities and Miscellaneous Housing Services**

| | Cost Per Month | | Cost Per Month |
|---|---|---|---|
| Gas & Electricity | $175 | Water, Sewer, Trash Removal | $ |
| Telephone (local, long distance, cellular & pager) | $335 | Property Care (Lawn, snow removal, cleaning, security system, etc.) | $ |
| Internet Provider, Cable & Satellite TV | $ | Other - | $ |

|  |  | Total Utilities and Miscellaneous Housing Services | $ 510.00 |
|---|---|---|---|

C. Food & Supplies

|  | Cost Per Month |  | Cost Per Month |
|---|---|---|---|
| Groceries & Supplies | $550 | Dining Out | $290 |
|  |  | Total Food & Supplies | $ 840.00 |

D. Health Care Costs (Co-pays, Premiums, etc.)

|  | Cost Per Month |  | Cost Per Month |
|---|---|---|---|
| Doctor & Vision Care | $100 | Dentist and Orthodontist | $ |
| Medicine & RX Drugs | $100 | Therapist | $ |
| Premiums (if not paid by employer) | $305 | Other - _____ | $ |
|  |  | Total Health Care | $ 505.00 |

E. Transportation & Recreation Vehicles (Motorcycles, Motor Homes, Boats, ATV, Snowmobiles, etc.)

|  | Cost Per Month |  | Cost Per Month |
|---|---|---|---|
| Primary Vehicle Payment | $ | Other Vehicle Payments | $ |
| Fuel, Parking, and Maintenance | $165 | Insurance & Registration/Tax Payments (yearly amount(s) ÷12) | $ |
| Bus & Commuter Fees | $125 | Other - _____ | $ |
|  |  | Total Transportation | $ 290.00 |

F. Children's Expenses and Activities

|  | Cost Per Month |  | Cost Per Month |
|---|---|---|---|
| Clothing & Shoes | $200 | Child Care | $500 |
| Extraordinary Expenses i.e. Special Needs, etc. | $ | Misc. Expenses, i.e. Tutor, Books, Activities, Fees, Lunch, etc. | $150 |
| Tuition | $ | Other - | $ |
|  |  | Total Children's Expenses and Activities | $ 850.00 |

G. Education for you - Please identify status:   ☐ Full-time student       ☐ Part-time student

|  | Cost Per Month |  | Cost Per Month |
|---|---|---|---|
| Tuition, Books, Supplies, Fees, etc. | $ | Other - | $ |
| Total **Education** | | | $ 0.00 |

**H. Maintenance (Spousal/Partner Support) & Child Support (that you pay)**

|  | Cost Per Month |  | Cost Per Month |
|---|---|---|---|
| Maintenance | | Child Support | |
| ☒ This family | $ | ☐ This family | $ |
| ☐ Other family | $ | ☐ Other family | $ |
| Total Maintenance and Child **Support** | | | $ 0.00 |

**I. Miscellaneous (Please list on-going expenses not covered in the sections above)**

|  | Cost Per Month |  | Cost Per Month |
|---|---|---|---|
| Recreation/Entertainment | $ | Personal Care (Hair, Nail, Clothing, etc.) | $100 |
| Legal/Accounting Fees | $TBD | Subscriptions (Newspapers, Magazines, etc.) | $ |
| Charity/Worship | $ | Movie & Video Rentals | $ |
| Vacation/Travel/Hobbies | $ | Investments (Not part of payroll deductions) | $ |
| Membership/Clubs | $ | Home Furnishings | $ |
| Pets/Pet Care | $ | Sports Events/Participation | $ |
| Other – | $ | Other – | $ |
| Other – | $ | Other – | $ |
| Other - | $ | Other - | $ |
| Other - | $ | Other - | $ |
| Total **Miscellaneous** | | | $ 100.00 |

| Total Monthly Expenses (Totals from A – I) | $3,095 |
|---|---|

4.      **Debts (unsecured)**

List unsecured debts such as credit cards, store charge accounts, loans from family members, back taxes owed to the I.R.S., etc.  **Do not** list debts that are liens against your property, such as mortgages and car loans, because that payment is already listed as an expense above, and the total of the debt is shown elsewhere as a deduction from value where that asset is listed, such as under Real Estate or Motor Vehicles.

For name on account, "P" = Petitioner, "C/R" = Co-Petitioner or Respondent, "J" = Joint.

| Name of Creditor | Account Number (last 4-digits only) | P | C/R | J | Date of Balance | Balance | Minimum Monthly Payment Required | Reason for Which Debt was Incurred |
|---|---|---|---|---|---|---|---|---|
| IRS | 9915 | ☐ | ☒ | ☐ | 07/26/21 | $8055.44 | TBD | TAXES |
| Children's Hospital CO | 7855 | ☐ | ☒ | ☐ | 08/17/21 | 62242.02 | TBD | Medical |
|  |  | ☐ | ☐ | ☐ |  |  |  |  |
| Unsecured Debt Balance | | | | | | $ 70,297.46 | $ TBD | →Total Minimum Monthly Payment |

## SWORN FINANCIAL STATEMENT SUMMARY
### (INCOME/EXPENSES)

**Total Income** (from Page 1)                                              $ 4,166.66
    A

**Total Monthly Deductions** (from Page 2)                          $ 1,318.38
    B

      **Total Monthly Net Income (A minus B)**              $ 2,848.28

**Total Monthly Expenses** (from Page 3)                            $ 3,095
    C

**Total Minimum Monthly Payment Required - Debts Unsecured** (from Page 4) TBD
D

**Total Monthly Expenses and Payments**   (C plus D)         $3,095

---

**Net Excess or Shortfall (Monthly Net Income less Monthly Expenses and Payments) (+/-)**
$ -(246.72)

---

5.   **Assets**

You MUST disclose all assets correctly.  By indicating "None", you are stating affirmatively that you or the other party, do not have assets in that category.  Please attach additional copies of pages 5 & 6 to identify your assets, if necessary.

*If the parties are married or partners in a civil union*, check under the heading Joint (J) all assets acquired during the marriage/civil union but not by gift or inheritance.  Under the headings of Petitioner1 (P) or Co-Petitioner/Petitioner (C/R), check assets owned before this marriage/civil union and assets acquired by gift or inheritance.

*If the parties were NEVER married* to each other *or are using this form to modify child support*, list all of each party's assets under the headings of Petitioner1 (P) or Co-Petitioner1/Petitioner (C/R).

"P" = Petitioner, "C/R" = Co-Petitioner or Respondent, "J" = Joint.

| A.  Real Estate (Address or Property Description and Name of Creditor/ Lender)<br>☐None | P | C/R | J | Estimated Value as of Today Value = what you could sell it for in its current condition. | Amount Owed | Net Value/Equity (Value minus amount owed) |
|---|---|---|---|---|---|---|
| 21122 E Bellview Pl<br>Centennial CO 80015 | ☐ | ☐ | ☒ | $537,700.00 | $199,848.97 | $337,151.03 |